IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCHANTEDMOB, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL ENTERPRISE FOODS TRADING LIMITED, et al.,<br><br>Defendants. | Case No. 22-cv-02149<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeffrey Cummings** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 13, 2022 [49], in favor of Plaintiff EnchantedMob, Inc. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful copyright infringement of the Poppy Playtime Copyrighted Designs and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| HeFanShop | 11 |
| GHOODE | 36 |
| SHEN ZHEN SHI AI WU KE JI YOU XIAN GONG SI | 69 |
| ASUNGBO-USA | 91 |
| RiSAchoco | 108 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 12th day of August 2022.  Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff EnchantedMob, Inc.*